UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. ... COURT
... LA

2008 MAR -6  P 4: 13

JOHN A. THOMAS (#177753)

VERSUS

WARDEN BURL CAIN, ET AL.

CIVIL ACTION

NO. 05-941-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated January 31, 2008 (doc. no. 105). The plaintiff filed an objection which merely states his prior arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendants Dr. John Doe, Nurse Vona, Nurse Chuck, Nurse Farrow, major Myers, Lt. Skiels, Akisha Lewis, Sgt. Ernest and Officer Williams are DISMISSED for failure of the plaintiff to serve these defendants within 120 days as mandated by Rule 4(m) of the Federal Rules of Civil Procedure. Further, the defendants' Motions to Dismiss (doc. nos. 53 and 69) are granted in part and denied in part such that all of the plaintiff's claims are DISMISSED, with prejudice, EXCEPT his claim that defendant Reginald Smith charged the plaintiff with a retaliatory disciplinary report in May, 2005, and this action is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 6th day of March, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA